**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Deante Dominic-Ali Wittich, Appellant.

Appellate Case No. 2016-000732

———————

Appeal From Richland County
R. Ferrell Cothran, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2020-UP-041
Submitted January 1, 2020 – Filed February 12, 2020

———————

**APPEAL DISMISSED**

———————

John Dennis Delgado, of John Delgado Attorney at Law, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch Jr., both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.